IN THE UNITED STATES COURT FOR THE
SOUTHERN DISTRICT OF IOWA-DAVENPORT DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. ) <br> TIMOTHY C. SCHULTHEIS, Relator, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CLINTON, IOWA, ) <br>     Defendant. ) | Case No. 3:08-cv-120 <br><br> ORDER DISMISSING CASE |

---

On this _____ day of _____, 2010, the Court has before it the Motion to Dismiss filed by the United States of America and Timothy C. Schultheis.  Upon review of this matter and the terms of the Settlement Agreement, the Court finds that the settlement serves the interest of justice and meets the requirements of 31 U.S.C. § 3730.

IT IS HEREBY ORDERED THAT the Complaint initiating this action is dismissed.  The claims of the Relator Timothy C. Schultheis are dismissed with prejudice.  The claims of the United States of America are dismissed with prejudice, except for any rights and claims of the United States reserved in the Settlement Agreement, which are dismissed without prejudice.

                                                                                                              _____
                                                                                         Charles R. Wolle, Senior Judge
                                                                                         United States District Court for the Southern
                                                                                         District of Iowa